UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John Raynes</u>

    v.                              Civil No. 11-cv-579

<u>City of Keene, New Hampshire</u>


<u>ORDER OF RECUSAL</u>

    I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

    SO ORDERED.

                                      <u>/s/Paul Barbadoro</u>
                                      Paul Barbadoro
                                      United States District Judge

February 1, 2012

cc:   John Raynes, pro se
       David Slawsky, Esq.
       Thomas Mullins, Esq.