UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


**John Raynes**

    v.                                            Civil No. 11-cv-579

**City of Keene, New Hampshire**


**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

February 1, 2012

cc:  John Raynes, pro se
     David Slawsky, Esq.
     Thomas Mullins, Esq.